PEOPLE ex rel. JONES, Respondent, v. DIEHL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Proceedings by the people, on the relation of George T. Jones, against Conrad Diehl and others, constituting the board of police of the city of Buffalo, N. Y.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied. Held, there is no statutory provision requiring an official or board of officers to verify a return to a certiorari. Presumptively their return is an official act, and therefore the certificate is sufficient.

PEOPLE ex rel. KINNEY, Appellant, v. KING, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Proceedings by the people, on the relation of Catharine Kinney, against Thomas S. King, police justice of the city of Buffalo. No opinion. Order affirmed, on the merits, without costs to either party.

PEOPLE ex rel. LAMBERT, Appellant, v. BOARD OF TRUSTEES OF VILLAGE OF ST. JOHNSVILLE et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Proceedings by the people, on the relation of Charles W. Lambert, against the board of trustees of the village of St. Johnsville, N. Y., and others. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. SACHS, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Proceedings by the people, on the relation of John J. Sachs, against Bernard J. York and others. A. G. Cropsey, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. WARD v. DRAKE et al. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Proceedings by the people, on the relation of Francis G. Ward, against Marcus M. Drake and others. No opinion. Motion granted, and amendment ordered with the clerk. See 60 N. Y. Supp. 309.

PEOPLE ex rel. WEISE v. SCANNELL. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Proceedings by the people, on the relation of William H. Weise, against John J. Scannell, fire commissioner. J. . Green, for appellant. T. Farley, for respondnt. No opinion. Writ quashed, and proceedings confirmed, with costs.

PETRIE, Respondent, v. NATIONAL BANK & LOAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Moses Petrie against the National Bank & Loan Company. No opinion. Judgment and order affirmed, with costs.

In re PIERCE. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) In the matter of the application of True P. Pierce for admission to the bar. No opinion. Application granted.

PIERCY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by Albert J. Piercy against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Reargument ordered. Henry A. Robinson, for appellant. Oliver C. Semple, for respondent.

PER CURIAM. Reargument ordered. LEVENTRITT, J., takes no part.

PIKE, Respondent, v. VILLAGE OF FT. EDWARD, Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Erastus Pike against the village of Ft. Edward. No opinion. Judgment and order affirmed, with costs.

PLACE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Gertrude E. Place against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs. All concur, except MERWIN, J., dissenting, and PUTNAM, J., not acting.

PRINCE v. SOCIALISTIC CO-OP. PUB. CO. (City Court of New York, General Term. November 16, 1899.) Action by Samuel Prince against the Socialistic Co-operative Publishing Company. From a judgment for plaintiff, and from an order denying a motion for new trial, defendant appeals. Affirmed. Simon Sultan, for appellant. Morris Cukor, for respondent.

FITZSIMONS, C. J. The action is for libel in publishing in the defendant's newspaper an article reflecting upon the plaintiff in the line of his calling, and which is libelous per se. Davey v. Davey, 22 Misc. Rep. 668, 50 N. Y. Supp. 161. The defendant admitted the publication, and pleaded facts in mitigation of damages. Upon the trial, the jury awarded the plaintiff $500. We find no error in the rulings, and, as the damages were largely in the discretion of the jury (Holmes v. Jones, 147 N. Y. 59, 41 N. E. 409), and the amount awarded is not excessive, the judgment and order appealed from must be affirmed, with costs.

McCARTHY, J., concurs.

PROUTY, Respondent, v. TROY CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Surls Prouty against the Troy City Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except HERRICK and PUTNAM, JJ., who dissent.